UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRELL HARDENBURG,

    Plaintiff,

v.

Case No. 2:11-cv-15630‑LPZ‑MAR
Honorable Lawrence P. Zatkoff
Magistrate Judge Mark. A. Randon

DUNHAM'S ATHLEISURE CORPORATION,

    Defendant.
_____/

**ORDER GRANTING IN PART PLAINTIFF'S
MOTION TO COMPEL DISCOVERY (DKT. NO. 12)**

This matter is before the Court on Plaintiff's Motion to Compel Discovery (Dkt. No. 12). The Court has read the parties' submissions (Dkt. Nos. 12, 15, 16); oral argument was heard on August 28, 2012. Following oral argument, the Court conducted an in-camera review of the personnel files of Dan Cieslak and Jan Rieckhoff. Being otherwise fully advised, and for the reasons stated on the record,

IT IS ORDERED that Plaintiff's motion is granted in part. On or before *September 11, 2012*, Defendant shall produce the entire personnel files – subject to redaction of social security numbers and other personal information – of:

    1.    Lynette Kelley

    2    The six (6) remaining Accounts Payable Clerks that had the same supervisor as Plaintiff.

IT IS FURTHER ORDERED that on or before *September 11, 2012*, Defendant shall produce only those pages of the personnel files – subject to redaction of social security

numbers and other personal information – indicated by the Court following its in-camera review, of:

    1.    Dan Cieslak

    2.    Jan Rieckhoff

Defendant is <u>not</u> required to produce the personnel file of Joan Long.

        <u>s/Mark A. Randon</u>
        Mark A. Randon
        United States Magistrate Judge

Dated: August 30, 2012

<u>*Certificate of Service*</u>

*I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, August 30, 2012, by electronic and/or ordinary mail.*

        <u>*s/Melody R. Miles*</u>
        *Case Manager to Magistrate Judge Mark A. Randon*